Michael M. NGRIME, Appellant,

v.

HUNTINGTON PARK CARE CENTER, INC.,
Appellee.

No. 06–2197.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 16, 2007.

Filed: July 23, 2007.

Michael M. Ngrime, Omaha, NE, pro se.

C.G. Jolly, Jr., Michael L. Lazer, Robert Christian Hansen, Dwyer & Smith, Omaha, NE, for Appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Michael M. Ngrime appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, Huntington Park Care Center, Inc. Having carefully reviewed the record and considered Ngrime's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de

1. The Honorable F.A. Gossett, III, United States Magistrate Judge for the District of Nebraska, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).